AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Brent J. Griffith, Individually and on behalf of all others similarly situated,
*Plaintiff*
v.
State Farm Fire and Casualty Company,
*Defendant*

)
)
)
)
)
)

Civil Action No.    2:12-cv-239-DCN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: defendant, State Farm Fire and Casualty Company's Motion to Dismiss is GRANTED. The court also finds as MOOT defendant's Motion to Stay discovery.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge.

Date:  June 7, 2012

*CLERK OF COURT*

s/C. Murray

*Signature of Clerk or Deputy Clerk*